UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 17969
     CONCHEITA C RICHARDSON
                                                  CHAPTER 13

                                                  JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-2257

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/02/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 10/19/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT CO LLC | SECURED NOT I | 18025.35 | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO DEPT OF REVENUE | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| LEISA AUTO | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | NOT FILED | .00 | .00 |
| WORLDWIDE ASSET PURCHASI | UNSECURED | 1208.85 | .00 | .00 |
| COHEN & KROL | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

              Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------    ---------------
TOTALS                            .00                .00

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/23/08

                                  /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE












                         PAGE   2
        CASE NO. 07 B 17969 CONCHEITA C RICHARDSON